IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEAN COURTNEY,
#Y42487,

          Plaintiff,

v.

ILLINOIS DEPARTMENT OF
CORRECTIONS,

          Defendant.

Case No. 24-cv-02195-SPM

## ORDER OF DISMISSAL

**MCGLYNN, District Judge:**

    Plaintiff Sean Courtney commenced this action by filing a Complaint in the Central District of Illinois alleging violations of his due process rights. (Doc. 1). Prior to this case being transferred from the Central District, the court was informed by the Illinois Department of Corrections (IDOC) that Plaintiff had been paroled. On August 28, 2024, the Central District Court advised Plaintiff that he has a continuing obligation to keep the Court informed of any change in his address and gave Plaintiff fourteen days to file a notice of change of address with the court. He was warned that failure to update his address by the deadline would result in dismissal of this case. The order was sent to Plaintiff's forwarding address as reported by IDOC. Over three weeks passed, and Plaintiff did not update his address. The case was then transferred to this Court on September 19, 2024. (Doc. 8).

    Mail sent to Plaintiff informing him that his case had been transferred was returned to this Court as undeliverable. (Doc. 11). The Court then entered a Notice of Impending Dismissal warning Plaintiff that the case would be dismissed for want of prosecution and for failure to comply with court orders if he failed to update his address within seven days. (Doc. 13). The Notice of

Impending Dismissal was sent both to Vandalia Correctional Center, the address on record, and to the forwarding address previously provided by IDOC to the Central District. To date, Plaintiff has failed to update his address. The Court will not allow this matter to linger indefinitely or investigate Plaintiff's whereabouts.

Therefore, this action is **DISMISSED** without prejudice for failure to comply with orders of this Court and for failure to prosecute his claims. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk of Court is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

**DATED: October 25, 2024**

_s/Stephen P. McGlynn_
**STEPHEN P. MCGLYNN**
**United States District Judge**